IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERAEUS ELECTRO-NITE CO. | : | CIVIL ACTION |
| vs. | : | |
| VESUVIUS USA CORP., et al. | : | NO.  09-2417 |

O R D E R

**AND NOW, TO WIT:** This 10th day of March, 2011, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** s/Marie O'Donnell
Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON     TO:     COPIES VIA U.S. MAIL ON     TO: